IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY, as subrogee of Corporate Flight Management d/b/a Contour Aviation, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) NO. 3:17-cv-01141<br>) |
| v. | ) JUDGE CAMPBELL<br>) MAGISTRATE JUDGE NEWBERN |
| SMYRNA/RUTHERFORD COUNTY AIRPORT AUTHORITY, | )<br>)<br>)<br>) |
| Defendant. | ) |

# ORDER

Pending before the Court are Defendant's Motion To Dismiss Amended Complaint filed By Smyrna/Rutherford County Airport Authority (Doc. No. 27), and Plaintiff's Motion To Strike The New Argument Of Immunity For Gross Negligence In Defendant's Motion To Dismiss Reply (Doc. No. 39).

For the reasons set forth in the accompanying Memorandum, Defendant's Motion To Dismiss (Doc. No. 27), converted to a motion for summary judgment, is **GRANTED.** Plaintiff's Motion To Strike The New Argument Of Immunity For Gross Negligence In Defendant's Motion To Dismiss Reply (Doc. No. 39) is **DENIED**, as moot.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE